UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HAITHAN AL HAFNAWI,<br><br>   Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>   Defendant. | Case No: 18-cv-05101 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |

  Having received notice of the settlement of the action, <u>see</u> Dkt. 44, and it appearing that no issue remains for the Court's determination,

  IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. All scheduled dates are VACATED. In the event that the settlement is not realized, any party may move to reopen the case and a pretrial schedule will be reset, provided such motion is filed within thirty days of the date this order is filed.

  IT IS SO ORDERED.

Dated: 02/26/2020

                *Saundra B Armstrong*
                SAUNDRA BROWN ARMSTRONG
                Senior United States District Judge